UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SAUL SANCHEZ,<br><br>    Defendant. | CASE NO. MJ20-529<br>WD/TX: DR-12-CR-1043<br><br>DETENTION ORDER |

<u>Offense charged</u>:   Supervised Release Violations

<u>Date of Detention Hearing</u>:   August 17, 2020.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   Defendant comes before this Court pursuant to an Arrest Warrant issued by the

Western District of Texas alleging violation of the conditions of supervised release by absconding from supervision. Defendant has waived a Rule 5 hearing, and an Order of Transfer has been signed.

2. Defendant poses a risk of nonappearance based on alleged absconding from supervised release in another judicial district, the nature and circumstances of his criminal history, and lack of verified background information. Defendant poses a risk of danger based on the nature and circumstances of the allegations and criminal history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending hearing in the Western District of Texas, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 17th day of August, 2020.

*(signature)*

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3